Opinion issued
November 10, 2010

 

 

 

 

 

 

 

 

 



 

In
The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00198-CR

____________

 








SHAWN RYAN CARVILLE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 

On Appeal from the 337th
District Court

Harris County, Texas

Trial Court Cause No. 1234220

 

 



MEMORANDUM
OPINION








          Appellant,
Shawn Ryan Carville, pleaded guilty to the offense of robbery and “true” to the
allegation in an enhancement paragraph that he had previously been convicted of
a felony offense.  The trial court found
appellant guilty, found the enhancement allegation true, and, in accordance with
appellant’s plea agreement with the State, assessed his punishment at
confinement for twelve years.  Appellant,
proceeding pro se, has filed a notice of appeal.  We dismiss the appeal.

The record reflects that the trial
court certified that 
“this is a plea bargain case, and the defendant has no right of appeal.”  See
Tex. R. App. P. 25.2(a)(2), (d).  The record supports the trial court’s
certification.  See Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).
Because appellant has no right
of appeal, we must dismiss this appeal “without further action.” Chavez v. State, 183 S.W.3d 675, 680
(Tex. Crim. App. 2006) (“A court of appeals, while having jurisdiction to
ascertain whether an appellant who plea-bargained is permitted to appeal by
Rule 25.2(a)(2), must dismiss a prohibited appeal without further action,
regardless of the basis for the appeal.”).  

Accordingly, we dismiss the appeal
for want of jurisdiction.

PER CURIAM

 

Panel consists of Justices Jennings, Alcala, and Sharp.

 

Do not publish. 
Tex. R. App. P. 47.2(b).